# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CRISPIN FRANCISCO SANCHEZ, | ) | 3:11-cv-00433-LRH (WGC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | December 23, 2011 |
| CHEVRON MINING, INC., | ) | |
| Defendant. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On September 19, 2011, defendant filed its "Motion for More Definite Statement." (Doc. #10.) Defendant's motion was granted in a Minute Order on December 7, 2011. (Doc. #12.) The Minute Order advised plaintiff that if he did not file a more definite statement of his claims within fourteen days of the date of the Order that the court may strike plaintiff's complaint. As of this date (December 23, 2011), plaintiff has not filed a more definite statement of his allegations.

Plaintiff is advised that if a more definite statement is not filed by January 6, 2012, a report and recommendation will be entered recommending plaintiff's complaint be stricken and/or the action dismissed.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
     Deputy Clerk