ANN MORGAN
State Bar No. 933
MIRANDA MAHE
State Bar No. 12032
JONES VARGAS
300 East Second Street, Suite 1510
P.O. Box 281
Reno, NV 89504-0281
(775) 786-5000

*Attorneys for Defendant*
*Chevron Mining, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRISPIN FRANCISCO SANCHEZ,<br><br>　　　　　Plaintiff,<br>vs.<br><br>CHEVRON MINING, INC.,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 3:11-CV-00433-LRH-WGC<br><br>**EX PARTE MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE THE DISCOVERY PLAN AND SCHEDULING ORDER**<br>**(First Request)** |

　　　　Defendant CHEVRON MINING, INC. ("Chevron"), through counsel, hereby moves this Court to extend the deadline for the Discovery Plan and Scheduling Order pursuant to LR 6-1.

　　　　The Plaintiff, Crispin Francisco Sanchez ("Mr. Sanchez") is currently representing himself and has relocated to Oregon. While Chevron has attempted to contact Mr. Sanchez, the phone number Chevron had for him has been disconnected. Chevron only obtained a working contact number for Mr. Sanchez when the parties attended a status hearing today, March 9, 2012. The current deadline for the Discovery Plan and Scheduling Order is March 12, 2012.

　　　　Because Chevron has just recently obtained a working contact number for Mr. Sanchez, the parties have yet to conduct the requisite FRCP 26(f) conference. Chevron will attempt to contact Mr. Sanchez by telephone to conduct the FRCP 26(f) conference within the next two weeks. As such, Chevron respectfully requests this Court extend the deadline to file the Discovery Plan and

1 Scheduling Order.  This is the first motion to extend time to file the discovery plan and scheduling
2 order made by either party.
3      Based on the foregoing, Chevron respectfully requests this Court extend the deadline to file
4 the Discovery Plan and Scheduling Order to March 23, 2012.
5      DATED this 9th day of March, 2012.

                                      JONES VARGAS

                    /s/ Ann Morgan
                    ANN MORGAN
                    State Bar No. 933
                    MIRANDA MAHE
                    State Bar No. 12032
                    300 East Second Street, Suite 1510
                    P.O. Box 281
                    Reno, NV 89504-0281

                    *Attorneys for Defendant*
                    *Chevron Mining, Inc.*

                              * * * *

15 Pursuant to the foregoing, IT IS SO ORDERED.

17 DATED this <u>12th</u> day of March, 2012.

                              UNITED STATES MAGISTRATE JUDGE

21790312.docx