```
☑ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         MAY - 8 2012

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

GORDON SILVER
MOLLY M. REZAC, ESQ.
Nevada Bar No. 7435
GORDON SILVER
100 West Liberty Street
Suite 690
Reno. NV 89501
Tel: (775) 343-7500
Fax: (775) 786-0131
Email: mrezac@gordonsilver.com

*Attorney for Defendant*
*Chevron Mining, Inc*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRISPIN FRANCISCO SANCHEZ, | Case No. 3:11-cv-00433-LRH-WGC |
| Plaintiff, | |
| vs. | |
| CHEVRON MINING, INC., | |
| Defendant. | |

### NOTICE OF DISASSOCIATION OF COUNSEL

PLEASE TAKE NOTICE that attorney MOLLY M. REZAC of the law firm of GORDON SILVER is no longer attorney of record for Defendant, CHEVRON MINING, INC. No further notices, pleadings, and documents need to be served on her.

PLEASE ALSO TAKE NOTICE that MOLLY M. REZAC requests she be removed from further electronic noticing in the above-referenced matter.

DATED this 7th day of May, 2012.

_____
MOLLY M. REZAC, ESQ.
Nevada Bar No. 7435
GORDON SILVER
100 West Liberty Street
Suite 690
Reno. NV 89501
Tel: (775) 343-7500
Fax: (775) 786-0131

Gordon Silver
Attorneys At Law
Suite 690
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500

«Matter Matter ID»/Notice of Disassociation Chevron.doc          1 of 2

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: May 8, 2012

## CERTIFICATE OF SERVICE

I certify that I am an employee of Gordon Silver, and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the attached **NOTICE OF DISASSOCIATION OF COUNSEL** on the parties as set forth below:

    __X__   Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, Reno, Nevada, postage prepaid, following ordinary business practices

    _____   Certified Mail, Return Receipt Requested

    _____   Via Facsimile (Fax)

    _____   Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

    _____   Using the ECF system to serve electronically

addressed as follows:

Crispin Francisco Sanchez
19040 SE Chambers Road
Sandy, OR 970055

DATED this __7__ day of May, 2012.

                                          /s/ Shondel M. Ferrera
                                          An Employee of GORDON SILVER

Gordon Silver
Attorneys At Law
Suite 690
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500

«Matter Matter ID»/Notice of Disassociation Chevron.doc

2 of 2