GORDON SILVER
MOLLY M. REZAC, ESQ.
Nevada Bar No. 7435
GORDON SILVER
100 West Liberty Street
Suite 690
Reno. NV 89501
Tel: (775) 343-7500
Fax: (775) 786-0131
Email: mrezac@gordonsilver.com

*Attorney for Defendant*
*Chevron Mining, Inc*

```
                    FILED         ____ RECEIVED
                    ENTERED       ____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

                         MAY - 8 2012

                    CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
             BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRISPIN FRANCISCO SANCHEZ, | Case No. 3:11-cv-00433-LRH-WGC |
| Plaintiff, | |
| vs. | |
| CHEVRON MINING, INC., | |
| Defendant. | |

### NOTICE OF DISASSOCIATION OF COUNSEL

PLEASE TAKE NOTICE that attorney MOLLY M. REZAC of the law firm of GORDON SILVER is no longer attorney of record for Defendant, CHEVRON MINING, INC. No further notices, pleadings, and documents need to be served on her.

PLEASE ALSO TAKE NOTICE that MOLLY M. REZAC requests she be removed from further electronic noticing in the above-referenced matter.

DATED this 7th day of May, 2012.

_____
MOLLY M. REZAC, ESQ.
Nevada Bar No. 7435
GORDON SILVER
100 West Liberty Street
Suite 690
Reno. NV 89501
Tel: (775) 343-7500
Fax: (775) 786-0131

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: May 8, 2012

Gordon Silver
Attorneys At Law
Suite 690
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500

«Matter Matter ID»/Notice of Disassociation Chevron.doc

1 of 2

## CERTIFICATE OF SERVICE

I certify that I am an employee of Gordon Silver, and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the attached **NOTICE OF DISASSOCIATION OF COUNSEL** on the parties as set forth below:

__X__   Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, Reno, Nevada, postage prepaid, following ordinary business practices

_____   Certified Mail, Return Receipt Requested

_____   Via Facsimile (Fax)

_____   Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

_____   Using the ECF system to serve electronically

addressed as follows:

Crispin Francisco Sanchez
19040 SE Chambers Road
Sandy, OR 970055

DATED this __7__ day of May, 2012.

/s/ Shondel M. Ferrera
An Employee of GORDON SILVER

Gordon Silver
Attorneys At Law
Suite 690
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500

«Matter Matter ID»/Notice of Disassociation Chevron.doc

2 of 2