UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRISPIN FRANCISCO SANCHEZ,<br><br>Plaintiff,<br>vs.<br><br>CHEVRON MINING, INC.,<br><br>Defendant. | CASE NO. 3:11-CV-00433-LRH-WGC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

It is hereby stipulated by and between Plaintiff CRISPIN FRANCISCO SANCHEZ, and Defendant CHEVRON MINING, INC., and its attorneys of record, Ann Morgan and Miranda Mahe of Jones Vargas, that the action entitled *Crispin Francisco Sanchez v. Chevron Mining, Inc.*, Case No. 3:11-CV-00433-LRH-WGC in the United States District Court, District of Nevada, be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 16th day of May, 2012.     Dated this 11 day of May, 2012.

JONES VARGAS

By: /s/ Ann Morgan
ANN MORGAN
State Bar No. 933
MIRANDA MAHE
State Bar No. 12032
300 East Second Street, Suite 1510
P.O. Box 281
Reno, NV 89504-0281
*Attorneys for Defendant Chevron Mining, Inc.*

/s/ Crispin Francisco Sanchez
CRISPIN FRANCISCO SANCHEZ

*Pro se*

Page 1 of 2

1  IT IS SO ORDERED.

2  DATED this 21st day of May, 2012.



_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE